TODD BLANCHE
Acting Attorney General
BILAL A. ESSAYLI
First Assistant United States Attorney
JENNIFER L. WAIER
Chief Assistant United States Attorney
Chief, Criminal Division
LLOYD MASSON (Cal. Bar No. 270182)
General Crimes Section
Assistant United States Attorneys
1200 United States Courthouse
312 North Spring Street
Los Angeles, California 90012
Telephone: (213) 894-0282
Facsimile: (213) 894-0141
E-mail: Lloyd.masson@usdoj.gov
Jordan.Patterson2@usdoj.gov

Attorneys for Plaintiff
UNITED STATES OF AMERICA

UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>ELIJAH ZIONI FINDEIS,<br><br>Defendant. | No. 2:26—CR-00350-FMO-11<br><br>T-MAX CALCULATION<br><br>Proposed Change of Plea: August 13, 2026<br>Hearing Time: 9:00 a.m.<br>Location: Courtroom of the Hon. Fernando M. Olguin |

Plaintiff United States of America, by and through its counsel of record, the First Assistant United States Attorney for the Central District of California and Assistant United States Attorney Lloyd Masson, hereby files its T-Max calculation.

The defendant was arraigned on June 11, 2026. His T-Max date to be brought to trial by is calculated as **August 20, 2026.**

Dated: July 8, 2026

Respectfully submitted,

TODD BLANCHE
Acting Attorney General

BILAL A. ESSAYLI
First Assistant United States Attorney

JENNIFER L. WAIER
Chief Assistant United States Attorney
Chief, Criminal Division

/s/
LLOYD MASSON
Assistant United States Attorney

Attorneys for Plaintiff
UNITED STATES OF AMERICA